IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHRISTOPHER T. LEWIS**                                                    **PLAINTIFF**

**VS.**                                     **CIVIL ACTION: 1:14cv460-RHW**

**MARK DAVIS,** *et al*.                                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered by the Court this date, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against Defendants are dismissed.

SO ORDERED, this the 29th day of September, 2015.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE